

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Number:     01-17-00608-CR

Trial Court Cause
Number:     15CR1477

Style:     Gerardo Flores

    **v** The State of Texas

Date motion filed*:     12/10/18

Type of motion:     Motion to Extend Time to File Motion for Rehearing

Party filing motion:     Appellant

Document to be filed:     Motion for Rehearing

Is appeal accelerated? ☐ Yes    ☒ No

If motion to extend time:

      Original due date:     Nov. 9, 2018

      Number of previous extensions granted:     1

      Date Requested:     January 10, 2019

Ordered that motion is:

    ☐   Granted

        If document is to be filed, document due:

           ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

           ☐ The Court will not grant additional motions to extend time.

    ☒   Denied

    ☐   Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐   Other: _____

Judge's signature: /s/ Sherry Radack
           ☒ Acting individually      ☐ Acting for the Court

Date: December 13, 2018